# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

HARDY PAUL, III

NO. 2022 KW 0338

**JUNE 6, 2022**

---

In Re:    Hardy Paul, III, applying for supervisory writs, 18th
          Judicial District Court, Parish of West Baton Rouge,
          No. unknown.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include any information regarding his district court case number, a copy of the application for postconviction relief filed with the district court, the district court's ruling on the application, the bill of information or indictment, all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the application for postconviction relief. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

a.Sn

DEPUTY CLERK OF COURT
     FOR THE COURT